UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-CV-06853-AB (SK)                              Date: December 17, 2024

Title        Mincy v. CDCR-Div. of Adult Parole Operations et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a named defendant within 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Plaintiff filed his complaint on August 12, 2024, and the Court issued a summons on August 20, 2024.  (ECF 1, 5).  Pursuant to the Initial Case Management Order, a copy of which is attached here, the deadline for plaintiff to serve the complaint and summons on the defendants named in this action passed on November 10, 2024.  (ECF 4).  Plaintiff has yet to file any proof of service of his complaint against any defendants within the 90-day period.

Plaintiff is thus ORDERED TO SHOW CAUSE in writing on or before **January 17, 2025** why this case should not be dismissed for lack of prosecution.  *Link v. Wabash R. Co.,* 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

Plaintiff can satisfy this order by reliably proving that service was effectuated within the 90-day deadline or by showing good cause for the failure to do so.  Failure to respond to this Order on time will be deemed consent to the dismissal of the action without prejudice for lack of prosecution.

IT IS SO ORDERED.