# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON MINCY,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR-DIVISION OF ADULT<br>PAROLE OPERATIONS, et al.,<br><br>        Defendants. | Case No. 2:24-cv-06853-AB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation, **IT IS ADJUDGED** that Plaintiff's complaint against Defendants California Department of Corrections and Rehabilitation, Danny Medina, and Perry Thomas is dismissed with prejudice, and that Plaintiff's complaint against Defendants J. Stromeyer and Mekisha Buyard is dismissed without prejudice.

DATED: May 5, 2026

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge